State *v.* Wormell.

highest bidder.    If the seizure be made within the two years, the analogies of the law authorize the sale to be completed afterwards.    *Prescott* v. *Wright,* 6 Mass. 20.

The sale has relation back to the seizure.

The demandant has made no offer to pay the tax.              \

STATE *versus* LUCY WORMELL.

Of the jurisdiction of justices of the peace, in taking recognizances.

SCIRE FACIAS.

The defendant, at the age of fifteen years, recognized to the State, before a justice of the peace, in the penal sum of $50.

The condition of the recognizance was, that she should " appear at the Supreme J. Court," to be held, &c., " and give evidence on behalf of the State upon the complaint on oath of S. N. against J. W. for the crime of a *felonious* assault." She neglected to appear, and this suit is brought to recover the penalty of the recognizance.

*Tripp,* County Attorney, for the State.

*J. L. Cutler,* for the defendant.

SHEPLEY, C. J., orally. — In two respects the recognizance is fatally defective : —

1. It does not show jurisdiction in the justice to take any recognizance.

2. The statute limits to $20, the penal sum in which a justice is authorized to take a recognizance in a case like this.

*Judgment for defendant, for costs.*